IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KHALIL A. GILMORE,<br>      Petitioner, | : <br> : <br> : |
| v. | :    Civ. No. 13-3944 |
| CITY OF PHILADELPHIA,<br>      Defendant. | : <br> : <br> : <br> : |

## ORDER

AND NOW, this 14th day of November, 2013, upon consideration of Khalil Gilmore's "Petition for Writ of Habeas Corpus" filed pursuant to 28 U.S.C. § 2241 and the Report and Recommendation of the Magistrate Judge, to which no objections have been filed, it is hereby **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 6) is **APPROVED** and **ADOPTED**;

2. The "Petition for Writ of Habeas Corpus" (Doc. No. 1) is **DISMISSED** without prejudice; and

3. A certificate of appealability shall not issue.

                                              AND IT IS SO ORDERED.

                                              /s/ Paul S. Diamond
                                              Paul S. Diamond, J.