IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KHALIL A. GILMORE,<br>    Petitioner, | : |
| v. | :   Civ. No. 13-3944 |
| CITY OF PHILADELPHIA,<br>    Defendant. | : |

## ORDER

**AND NOW**, this 14th day of November, 2013, upon consideration of Khalil Gilmore's "Petition for Writ of Habeas Corpus" filed pursuant to 28 U.S.C. § 2241 and the Report and Recommendation of the Magistrate Judge, to which no objections have been filed, it is hereby **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 6) is **APPROVED** and **ADOPTED**;

2. The "Petition for Writ of Habeas Corpus" (Doc. No. 1) is **DISMISSED** without prejudice; and

3. A certificate of appealability shall not issue.

**AND IT IS SO ORDERED.**

/s/ Paul S. Diamond
Paul S. Diamond, J.