

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN BROWN,** Petitioner, | : : : | |
| v. | : : | Civ. No. 13-3944 |
| **JOHN W. KERESTS,** *et al.,* Defendants. | : : : : | |

**FILED**

NOV 20 2013

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## O R D E R

**AND NOW**, this 20th day of November, 2013, upon consideration of Kevin Brown's Petition for habeas relief pursuant to 28 U.S.C. § 2254, Defendants' response, and the Report and Recommendation of the Magistrate Judge, to which no objections have been filed, it is hereby **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 6) is **APPROVED** and **ADOPTED**;

2. The "Petition for Writ of Habeas Corpus" (Doc. No. 1) is **DISMISSED** without an evidentiary hearing as untimely; and

3. A certificate of appealability shall not issue.

**AND IT IS SO ORDERED.**

/s/ Paul S. Diamond
_____
Paul S. Diamond, J.